FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

Denial of medical/melpratice — Pain and Suffering

COMPLAINT

ADAMS / 82472
(Last Name) / (Identification Number)

Fable / Nathan
(First Name) / (Middle Name)

E.M.C.F. /MTC
(Institution)

10641 Hwy 80 West
(Address)

(Enter above the full name of the plaintiff, prisoner, and address plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 22 2014
ARTHUR JOHNSTON
BY_____DEPUTY

V.

E.M.C.F. /MTC
Derrick Edwards
O. Little
Private prison medical contractor

(Enter above the full name of the defendant or defendants in this action)

CIVIL ACTION NUMBER: 3:14cv339-CWR-FKB
(to be completed by the Court)

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING:**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A.  Have you ever filed any other lawsuits in a court of the United States?   Yes ( )  No (✓)

B.  If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

   1.  Parties to the action: _____

   2.  Court (if federal court, name the district; if state court, name the county): _____

   3.  Docket Number: _____

   4.  Name of judge to whom case was assigned: _____

   5.  Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?): _____

1

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: Nathan ADAMS   Prisoner Number: 82472
Address: 10641 Hwy 80 West - 4-1A 209
Meridian, MS 39307

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: Mr. O. Little _____ is employed as
medical _____ at E.M.C.F.
MTC / Dr Edwards / CARL Reddix

The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Nathan ADAMS   ADDRESS: 10641 Hwy 80 West
4-1A 209   Meridian, MS 39307

DEFENDANT(S):

NAME: Mr O. Little   ADDRESS: 10641 Hwy 80 West
Medical Dept   Meridian, MS 39307
Derrick Edwards   10641 Hwy 80 West
Medical Dept   Meridian, MS 39307
Dr. CARL Reddix   Private Prison Medical Contractor
Managing Supervisor   Health Assurance, LLC
5903 Ridgewood Rd, Ste #320
Jackson, MS 39211

2

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

   Yes (✓)   No ( )

B. Are you presently incarcerated for a parole or probation violation?

   Yes ( )   No (✓)

C. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes (✓)   No ( )

D. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes (✓)   No ( )

E. Have you completed the Administrative Remedy Program regarding the claims presented in this complaint?

   Yes (✓)   No ( ), if so, state the results of the procedure: _____

F. If you are not an inmate of the Mississippi Department of Corrections, answer the following questions:

   1. Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?

      Yes (✓)   No ( )

   2. State how your claims were presented (written request, verbal request, request for forms): I told them about my problem in 2012 and I had a ultrasound done in December 2012

   3. State the date your claims were presented: December 2012

   4. State the result of the procedure: they was treating me for the wrong problem and I am still having that same problem as of April 10 2014.

3

On 4-10-14 Nurse Johnson went into the computer to see did Dr. Derrick Edwards order me any pain medications and he did not and 4-11-14 Nurse Burges told me to fill out A Sick called form I told her I am not fitsen to pay Another $6.00 dollars Just to see Dr. Derrick Edwards About the same problem thats Been going on since 2012 And I would like for you to order them to give me copies of my medical records from 2012 up Til 2014 And copies of the Test results from the ultra sounds done one in December 2012 and one in march 26 2014 Rush hospital when I had those ultra sounds done I Been suffering with this pain for A Long Time I even had the mental health Assistance mrs. Lockett to help me try to get medical to get me something for pain they still refuse to do so And Also I Need The court to order The Arp Department to give me copies of All the Arp's that I have filed Against medical concerning this Issued I have A serious condition of Illness Inside of my Stomach.

DATE: 4-14-14

Nathan Adams
#82472
4-A 209
10641 Hwy 80 West
meridian, ms 39307

Southern District of Mississippi

On 4-14-14 I talked with mrs. Lockett Health Assurance worker and I asked her just to be sure she told me again that my test results are in the computer from March 26 2014 and ~~the Nurse~~ she look into the computer and my test results are there and she told me that she don't see why Dr. Edwards want order me any pain medication or medication for my gale stones that are located in my stomach in different places and I had an officer to called and talked with mr. olittle about my pain I am having he told her that my test results arent in the computer and he cant order me no pain medication nor treat for gale stones problems I need you to order medical department to give me copies of my files and copies of both of those ultrasounds even the one I did in December 2012 and March 26, 2014 and if they dont want to give them to me could you contact Rush Hospital in meridian, ms and give them my name birthday 8-9-68 and social security number 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 and let them know that I had an ultrasound done on my stomach twice once in December 2012 and March 26, 2014.

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

When this problem occored I filed an ARP on it and when they sent me to rush hospital for A ultra sound December 2012 and a couple of months went by I kept on complaining to medical About I am still having those severe pains in my stomach and they Ignored my request for help and Now on 3-26-14 I went back to rush hospital for Another ultra sound and I been still having pain Afterward they want order me any pain medication they want even Answer my request forms telling them I need something for pain.

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

I am seeking for $350,000 dollars for pain and suffering cruel unusal punishment medical mel pratice and they pay court cost and medical treatment

Signed this 15th day of April, 20____

Nathan ADAMS #82172
10641 Hwy 80 west
Signature of plaintiff, prisoner number and address of plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

4-15-14
(Date)

Nathan ADAMS
Signature of plaintiff

4